JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. MOLINA PINTO AKA CARLOS MOLINA,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID JENNINGS,<br><br>    Respondent. | Case No. CV14-09954-DOC (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Vacating Report and Recommendation and Summarily Dismissing Action for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 30, 2015

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE